Kellett & Bartholow PLLC
Megan F. Clontz
Texas Bar No. 24069703
11300 N. Central Expressway
Suite 301
Dallas, TX  75243
P:  214-696-9000
F:  214-696-9001

ATTORNEY FOR DEBTOR

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 12-42654-R** |
| **SHARON IRIS SHARP** | § | |
| **XXX-XX-8899** | § | |
| **1033 EVERETT AVENUE** | § | |
| **APARTMENT 11** | § | |
| **LOUISVILLE KY 40204** | § | **CHAPTER 13** |
| **DEBTOR** | § | |

### WITHDRAWAL OF DEBTOR'S
### MOTION TO RECONSIDER PROOF OF CLAIM NO. 6 (DOCKET NO. 46)

COMES NOW, Sharon Iris Sharp, Debtor in the above-styled case, and files this Withdrawal of Debtor's Motion to Reconsider Proof of Claim No. 6 (Docket No. 46).

Respectfully submitted,

*/s/ Megan F. Clontz*
Megan F. Clontz
Texas Bar No. 24069703
Kellett & Bartholow PLLC
11300 N. Central Expressway
Suite 301
Dallas, TX  75243
P:  214-696-9000
F:  214-696-9001
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the attached Withdrawal of Debtor's Modification of Plan after Confirmation (Docket No. 50) has been served on the parties listed below on July 26, 2016 via first class mail.

                                              */s/ Megan F. Clontz*
                                              Megan F. Clontz

Standing Chapter 13 Trustee
Carey D. Ebert
PO Box 841166
Plano, TX 75094-1166

U.S. Trustee
110 North College Avenue, Room 300
Tyler, TX 75702

InSolve Recovery, LLC
c/o Capital Recovery Group, LLC
PO Box 123203
Dallas, TX 75312-3203